IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT ALEXANDER FLORES-TORRES,

    Plaintiff,

  v.

ERIC H. HOLDER, JR., Attorney General,

    Defendant.

No. C 09-03569 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

    The Court **SETS** a further meet-and-confer in the Court's jury room for **WEDNESDAY, OCTOBER 28, 2009, AT 1:00 P.M.** Any unresolved issue(s) will be heard by the Court at **2:30 P.M.** on the same day. Please note that only those counsel who participate in the further meet-and-confer may be heard at oral argument.

    **IT IS SO ORDERED.**

Dated: October 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE