UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HERBERT FLORES-TORRES, | ) | No. C 08-1037 WHA |
| | ) | No. C 09-3569 WHA |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ~~PROPOSED~~ CASE MANAGEMENT |
| | ) | ORDER |
| ERIC HOLDER, in his official capacity as | ) | |
| Attorney General of the United States, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Following a further case management conference on October 28, 2009, it is hereby ordered that:

The trial shall proceed as scheduled on November 16, 2009. Petitioner's expert, Professor Alejandro M. Garro shall appear by video-conference on November 20, 2009, at 1:30 p.m. If Petitioner's counsel learn that Professor Garro is unavailable at that time, they shall notify the Court immediately. No testimony by videoconferencing from foreign lands will be permitted.

IT IS SO ORDERED.

October 30, 2009

IT IS SO ORDERED

Judge William Alsup

~~PROPOSED~~ CASE MANAGEMENT ORDER
C 09-3569 WHA, C 08-1037 WHA