HOLLY COOPER, CSB # 197626
U.C. DAVIS IMMIGRATION LAW CLINIC
CARTER C. WHITE, CSB # 164149
U.C. DAVIS CIVIL RIGHTS CLINIC
University of California, Davis School of Law
One Shields Ave., TB-30
Davis, CA  95616-8821
Tel:  (530)752-6942
Fax:  (530)752-0822
E-mail:  hscooper@ucdavis.edu,
         ccwhite@ucdavis.edu

Attorneys for Petitioner, HERBERT FLORES-TORRES

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6730
      FAX: (415) 436-7169
      melanie.proctor@usdoj.gov

DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
GJON JUNCAJ (MISBN P63256)
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
    P.O. Box 868
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-8514
    FAX: (202) 305-7000
Attorneys for Respondent

1

~~PROPOSED~~ STIPULATED ORDER REGARDING POSSESSION & USE OF
ELECTRONIC DEVICES
CASE NOS. C 08-01037 WHA, C 09-03569 WHA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Herbert FLORES-TORRES,<br>A 44 284 242,<br><br>    Petitioner,<br><br>    v.<br><br>Eric H. HOLDER, JR., et al.<br><br>    Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>**C 08-01037 WHA**<br>**C 09-03569 WHA**<br><br>~~PROPOSED~~ **STIPULATED ORDER**<br>**REGARDING POSSESSION AND USE**<br>**OF ELECTRONIC DEVICES** |

**~~PROPOSED~~ STIPULATED ORDER REGARDING POSSESSION AND USE OF ELECTRONIC DEVICES**

Pursuant to Stipulation, the Court grants the Petitioner and Respondents permission to bring the following into Court on December 9, 2009, on which day trial is set to begin at 8:00 a.m.:

1. One ViewSonic PJ551 overhead projector
2. One I-Sheng SP-305 power cord
3. One 30V laptop connector cord
4. One 70 x 70 screen
5. One MacBook Pro
6. One 85W MagSafe Power Adapter
7. One adapter 607-1158
8. One remote 603-8731-A

1     Permission is also granted to set up the electronic devices on Wednesday, December 9, 2009 at 7:30 a.m.

December 4, 2009.
_____
Date

_____
Hon. William H. Alsup
United States

**IT IS SO ORDERED**
Judge William Alsup

3
~~PROPOSED~~ STIPULATED ORDER REGARDING POSSESSION & USE OF ELECTRONIC DEVICES
CASE NOS. C 08-01037 WHA, C 09-03569 WHA