JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HERBERT FLORES-TORRES | ) | No. C 09-3569 WHA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, United States Attorney General, | ) | STIPULATION TO MOVE HEARING DATE; PROPOSED ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATION
No. C 09-3569 WHA

On March 24, 2010, Petitioner moved for attorney fees, noticing April 29, 2010 for a hearing. Respondent's counsel is unavailable on that date. Accordingly, the parties hereby stipulate to move the hearing to May 6, 2010, at 8:00 a.m.

Date: March 25, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondent

Dated: March 25, 2010


_____/s/_____
CARTER WHITE
U.C. Davis Civil Rights Clinic
Attorney for Respondents

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. The hearing on Petitioner's Motion for Attorney Fees shall be heard on May 6, 2010, at 8:00 a.m.

Dated:   March 26, 2010.

WILLIA[...]
United S[...]

IT IS SO ORDERED

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

[1]  I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.